No. 17,190.

JOHNSTON *v.* JOHNSTON.
(269 P. [2d] 708)

Decided April 12, 1954.   Rehearing denied May 3, 1954.

PER CURIAM.

Judgment affirmed en banc without written opinion.

MARY C. GRIFFITH, for plaintiff in error.

Mr. EDWIN P. VAN CISE, for defendant in error.